IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 JUN 21 AM 11: 1

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W D OF TN, MEMPHIS

UNITED STATES OF AMERICA,

    Plaintiff,

VS.    CR. NO. 04-20242-01-B

CURTIS BYRD,

    Defendant.

---

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY
AND <u>SETTING</u>

---

This cause came on for a status report date on June 20, 2005. Counsel for the defendant had previously consented to a a continuance of the June 6, 2005 trial date in order to allow for additional preparation in the case.

The Court granted the government's request and reset the trial date to August 1, 2005 with a **report date of Monday, July 25, 2005, at 9:30 a.m.**, in <u>Courtroom 1, 11th Floor</u> of the Federal Building, Memphis, TN.

The period from July 15, 2005 through August 12, 2005 is excludable under 18 U.S.C. § 3161(h)(8)(B)(iv) because the ends of justice served in allowing for additional time to prepare outweigh the need for a speedy trial.

IT IS SO ORDERED this 21st day of June, 2005.

J. DANIEL BREEN
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-21-05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 55 in case 2:04-CR-20242 was distributed by fax, mail, or direct printing on June 21, 2005 to the parties listed.

---

William C. Anderson
ANDERSON LAW FIRM
142 North Third St.
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT