# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

FILED BY _____ D.C.

05 NOV -3 AM 9:38

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Docket No.: 04-20242-B |
| CURTIS BYRD | |
| Defendants, | |

## ORDER

This cause came on to be heard by the Honorable J. Daniel Breen and, after review of the Motion, the Court orders as follows:

1. That the United States Marshall's Office serve prepared subpoenas on the Witness, Keeper of the Payroll Records for The Church Health Center, at the address noted in the Motion.

_____
HONORABLE J. DANIEL BREEN

11/2/05
DATE

This document entered on the docket sheet in compliance 11-3-05
with Rule 55 and/or 32(b) FRCrP on _____



# Notice of Distribution

This notice confirms a copy of the document docketed as number 69 in case 2:04-CR-20242 was distributed by fax, mail, or direct printing on November 3, 2005 to the parties listed.

---

William C. Anderson
ANDERSON LAW FIRM
369 N. Main St.
Memphis, TN 38103

Tracy Lynn Berry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT